UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| G. TYSON HOPKINS ASSOC LLC ) <br> doing business as Topsail Island Marina ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMERCE AND INDUSTRY ) <br> INSURANCE COMPANY ) <br> Defendant ) | **JUDGMENT** <br> No. 7:24-CV-584-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for summary judgment and defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 5, 2026 and for the reasons set forth more specifically therein, it is ordered that plaintiff's motion for summary judgment is DENIED and defendant's motion for summary judgment is GRANTED. Defendant is entitled to judgment in its favor on all claims.

**This judgment Filed and Entered on March 5, 2026, and Copies To:**
David S. Coats (via CM/ECF Notice of Electronic Filing)
Alexandra Bradley / Christopher Blake / John Thomas Crook (via CM/ECF Notice of Electronic Filing)

March 5, 2026            PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk